Alison M. Clark, OSB No. 080579
333 SW Taylor Ave, Suite 400
Portland, OR  97204
Tel: (503) 888-8076
tex@defenderclark.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. |
| **Plaintiff,** | |
| v. | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT AND WAIVER OF SPEEDY INDICTMENT** |
| **ELIZABETH LESLIE** | |
| **Defendant.** | |

Defendant Elizabeth Leslie, through counsel, Alison Clark, moves the Court to continue her arraignment currently set for November 19, 2025, until December 19, 2025. AUSA Geoffrey Barrow does not oppose this request.

Ms. Leslie understands that she has been accused by complaint of one or more offenses punishable by imprisonment for more than one year and that under 18 U.S.C. § 3161(b), has the right to a speedy indictment which would require the return of an indictment or filing of an information against her within thirty (30) days of arrest. After receiving this information and advice, Ms. Leslie waives the right to prosecution by speedy indictment for 30 days.

PAGE 1.   Defendant's Unopposed Motion To Continue Arraignment And Waiver Of Speedy Indictment

Respectfully submitted this 18th day of November, 2025.

                                               */s/ Alison M. Clark*
                                               Alison M. Clark, OSB No. 080579
                                               Attorney for Defendant